FOURTH DEPARTMENT, SEPTEMBER, 2012

(September 28, 2012)

■ KATHLEEN P. MUELLER, Individually and as Administratrix of the Estate of NATALIE C. DRUZBIK, Deceased, Respondent, v ELDERWOOD HEALTH CARE AT OAKWOOD et al, Appellants. (Appeal No. 1.) [951 NYS2d 408]—Appeal from a judgment of the Supreme Court, Erie County (John M. Curran, J.), entered December 1, 2010. The judgment awarded plaintiff money damages upon a jury verdict.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on August 8, 2012, and filed in the Erie County Clerk's Office on August 14, 2012,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Fahey, Peradotto, Carni and Lindley, JJ.

■ KATHLEEN P. MUELLER, Individually and as Administratrix of the Estate of NATALIE C. DRUZBIK, Deceased, Respondent, v ELDERWOOD HEALTH CARE AT OAKWOOD et al., Appellants. (Appeal No. 2.) [951 NYS2d 409]—Appeal from an order of the Supreme Court, Erie County (John M. Curran, J.), entered May 3, 2011. The order denied the motion of defendants to set aside the verdict pursuant to CPLR 4404 (a).

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on August 8, 2012, and filed in the Erie County Clerk's Office on August 14, 2012,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Fahey, Peradotto, Carni and Lindley, JJ.